UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORMAN SMITH,                                   :

           Plaintiff,                      :        <u>AMENDED ORDER</u>

    -v.-                                                   :
                                                           08 Civ. 10425 (SAS) (GWG)
CITY OF NEW YORK,                             :

           Defendant.                     :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The Court has scheduled a conference in this matter for June 23, 2009, at 10:00 a.m.

       Accordingly, it is hereby ORDERED that the Warden of the Arthur Kill Correctional Facility shall make the plaintiff, incarcerated under the name of <u>Michael Watson, DIN # 08-A-5796</u>, available for a telephone call in this matter at the above date and time.

       If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-4260.

       Ms. Rose Weber, plaintiff's counsel, is responsible for (1) transmitting this Order to the Warden forthwith and (2) determining the telephone number at which plaintiff can be reached at the time of the conference.

       SO ORDERED.

Dated: May 21, 2009
       New York, New York

                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge