UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NORMAN SMITH,
                                                            :
                Plaintiff,                          **ORDER**
                                                            :
      -against-                      08 Civ. 10425  (SAS)
                                                            :
CITY OF NEW YORK, *et al.*,
                                                            :
                Defendants.
------------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        On June 23, 2009, the Court received a letter from Smith requesting leave to amend the complaint to substitute identified individuals for five of the John Doe police officers and to withdraw certain of his claims. Defendants have informed the Court that they consent to Smith's request. Smith's request for leave to amend the complaint is granted. The amended complaint must be filed by July 1, 2009.

        On the same day, defendants submitted a letter to the Court seeking reconsideration of the Court's June 22, 2009 ruling ordering that certain depositions by Smith take place on specific dates. Defendants also requested an extension of the deposition deadline until August 6, 2009, proposed alternative dates for Smith's depositions, and further requested that the Court order that Smith produce authorizations for his medical records and records of his past arrests and convictions by July 8, 2009.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/09

Defendants' request for reconsideration of the Court's June 22, 2009 ruling and for an extension of the deposition deadline is granted. Depositions shall be completed no later than August 6, 2009. The Court orders the depositions noticed by Smith to take place according to the following schedule:

| | |
|---|---|
| Kwadwo Karikariawere | June 26, 2009 |
| Adrian Calemmo | July 1, 2009 |
| Daniel Connolly | July 1, 2009 |
| Thomas Kelly | July 13, 2009 |
| Darrell Anderson | July 13, 2009 |
| Lawrence Neyland | July 15, 2009 |
| Vincent Calvanese | July 16, 2009 |

No further extensions or modifications to the schedule will be granted. Defendants are directed to pay all fees that resulted from the cancellation of the June 24, 2009 deposition. Smith is directed to provide to defendants proper authorizations of his medical records and records of his past arrests and convictions by July 8, 2009.

SO ORDERED:

/s/ Shira A. Scheindlin
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         June 24, 2009

## - Appearances -

**For Smith:**

Rose M. Weber, Esq.
225 Broadway, Suite 1607
New York, NY 10007
(212) 748-3355

**For Defendants:**

Karl J. Ashanti
Assistant Corporation Counsel
The City of New York Law Department
100 Church Street
New York, NY 10007
(212) 227-0414