UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
NORMAN SMITH,
                                                      :
            Plaintiff,                                    ORDER
                                                      :
    -against-                                             08 Civ. 10425  (SAS)
                                                      :
CITY OF NEW YORK, *et al.*,
                                                      :
            Defendants.
                                                      :
------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

The Clerk of the Court is directed to close this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          June 26, 2009

- Appearances -

**For Smith:**

Rose M. Weber, Esq.
225 Broadway, Suite 1607
New York, NY 10007
(212) 748-3355

**For Defendants:**

Karl J. Ashanti
Assistant Corporation Counsel
The City of New York Law Department
100 Church Street
New York, NY 10007
(212) 227-0414